No. 99–5045.   TUCKER v. CAIN, WARDEN, *ante,* p. 882;

No. 99–5096.   GREEN ET AL. v. CARVER STATE BANK ET AL., *ante,* p. 885;

No. 99–5097.   GREEN ET AL. v. CARVER STATE BANK ET AL., *ante,* p. 885;

No. 99–5239.   KOENIG v. HAGY ET AL., *ante,* p. 893;

No. 99–5259.   IN RE COTNER, *ante,* p. 807;

No. 99–5394.   ROBLYER v. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 902;

No. 99–5410.   IN RE MAXWELL, *ante,* p. 808;

No. 99–5514.   COOPER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 908;

No. 99–5688.   GRIGGER v. NEW YORK, *ante,* p. 914;

No. 99–5710.   SAVIOR v. VENTURA, GOVERNOR OF MINNESOTA, ET AL., *ante,* p. 938;

No. 99–5765.   MARION v. FORD MOTOR CREDIT, *ante,* p. 953;

No. 99–5777.   BRENTWOOD v. BOEING CO., *ante,* p. 917;

No. 99–5849.   WILLIAMS v. COMMUNITY BANK/NATIONSBANK, *ante,* p. 955;

No. 99–5850.   CLARK v. NASSAU COUNTY, NEW YORK, *ante,* p. 940;

No. 99–5907.   WALKER v. BONNET, LM, ET AL., *ante,* p. 971;

No. 99–5995.   YURTIS v. PHIPPS, *ante,* p. 942;

No. 99–5998.   COLYAR v. GILMAN, CONGRESSMAN, *ante,* p. 942; and

No. 99–6032.   MARCELLO v. TOWN OF STETSON, MAINE, *ante,* p. 943.   Petitions for rehearing denied.

No. 98–9496.   CHAMBERS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 527 U. S. 1029 and 1059.   Motion of petitioner for leave to file second petition for rehearing denied.

DECEMBER 8, 1999

No. 99–7269 (99A475).   IN RE ROSS.   Application for stay of execution of sentence of death, presented to JUSTICE BREYER,

and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 99–7181 (99A445). LONG v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS, JUSTICE GINSBURG, and JUSTICE BREYER would grant the application for stay of execution.

No. 99–7328 (99A487). FLEENOR v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Certiorari denied.

DECEMBER 9, 1999

No. 99–7270 (99A478). GRAHAM v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 99–7368 (99A489). GRAHAM v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari before judgment denied.

DECEMBER 13, 1999

No. 98–1446. S & R COMPANY OF KINGSTON ET AL. v. LATONA TRUCKING, INC. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.